17AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America v. MACK A. ADAMS ▮▮▮▮▮ *Defendant* | ) ) ) ) ) ) ) | Case No. 17-po-2705<br>Case: 1:22-mj-00196<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 8/24/2022<br>Description: ARREST RULE(5) |
|---|---|---|

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **MACK A. ADAMA**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☒ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:


Date:   August 9, 2022

*Issuing officer's signature*

Address:   6500 Cherrywood Lane
Greenbelt, Md. 20770

C. Bruce Anderson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* Aug 10, 2022, and the person was arrested on *(date)* 8/23/22
at *(city and state)* Washington D.C.

Date: 8/24/22

*Arresting officer's signature*

Nathan Wolfe  DUSM
*Printed name and title*