# United States District Court
## Violation Notice

CVB Location Code: MY47

**Violation Number:** 6020165
**Officer Name (Print):** STONE
**Officer No.:** 210

6020165

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 02/03/2017 0201
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
36 CFR 4.22 (b)(1)

**Place of Offense:** E/B Suitland Parkway at Branch Ave

**Offense Description: Factual Basis for Charge:** UNSAFE VEHICLE OPERATION

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (  )

**Last Name:** ADAMS
**First Name:** MACK
**M.I.:** A
**Street Address:** 4800 HAYES ST NE
**City:** WASHINGTON
**State:** DC
**Zip Code:** 20019
**Date of Birth:** 04/01/1984

**Drivers License No.:** 2490951
**CDL:** ☐
**D.L. State:** DC
**Social Security No.:** 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

☒ Adult ☐ Juvenile **Sex:** ☒ Male ☐ Female
**Hair:** BLK **Eyes:** BRN **Height:** 5'11" **Weight:** 185

### VEHICLE
**VIN:**  **CMV:** ☐
**Tag No.:** 978447T **State:** MD **Year:** 17 **Make/Model:** NISSAN 4DR **PASS:** ☐ **Color:** Silver

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

$ ~~Forfeiture Amount~~
+ ~~$30 Processing Fee~~

**PAY THIS AMOUNT →** $ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** /
**Date (mm/dd/yyyy):** TBD
**Time (hh:mm):** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** MACK Adams

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN FEB 23, 2017 08:03

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN FEB 23, 2017 08:03